# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION FILE |
| NATHAN REED, | NO. 1:17-CR-314-MHC-LTW |
| Defendant. | |

## ORDER

This action comes before the Court on the Final Report and Recommendation ("R&R") of Magistrate Judge Linda T. Walker [Doc. 39] recommending that Defendant's Motion to Suppress Search [Doc. 16] and Amended Motion to Suppress Search [Doc. 22] be denied, and that Defendant's Motion to Suppress Statement [Doc. 17] be denied as abandoned. The Order for Service of the R&R [Doc. 40] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. On November 26, 2018, Defendant moved for an additional fourteen (14) days in which to file objections [Doc. 42], which was granted by this Court, providing Defendant until December 11, 2018, to file his

objections. Dec. 4, 2018, Order [Doc. 44]. No objections have been filed within the time permitted.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no clear error and that the R&R is supported by law.

Accordingly, the Court **ADOPTS** the R&R [Doc. 54] as the Opinion and Order of the Court. It is hereby **ORDERED** that Defendant's Motion to Suppress Search [Doc. 16] and Amended Motion to Suppress Search [Doc. 22] are **DENIED**. It is further **ORDERED** that Defendant's Motion to Suppress Statement [Doc. 17] has been abandoned and is also **DENIED**.

It is further **ORDERED** that the time between the date the Magistrate Judge certified Defendant ready for trial on November 13, 2018 [Doc. 39], and the issuance of this Order, shall be excluded in calculating the date on which the trial of this case must commence under the Speedy Trial Act because the Court finds that the delay is for good cause, and the interests of justice outweigh the right of

the public and the right of the defendant to a speedy trial, pursuant to 18 U.S.C. § 3161, *et seq.*

Finally, the Clerk is **DIRECTED** to submit Defendant's Motion for Bond Modification [Doc. 43] to Magistrate Judge Alan J. Baverman, who set the terms and conditions of his release [Doc. 8], for disposition and to terminate the submission of that motion to the undersigned.

**IT IS SO ORDERED** this 17th day of December, 2018.

MARK H. COHEN
United States District Judge